UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Steven Michael McCarthy #085433

Case No.   16-mc-80044-JD

**ORDER OF SUSPENSION**

Because Steven Michael McCarthy has failed to respond to the Order to Show Cause, Steven Michael McCarthy's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated:  May 3, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>Steven Michael McCarthy #085433 | Case No.  16-mc-80044-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 5/3/2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

STEVEN MICHAEL MCCARTHY
P.O. Box 3524
DeLand, FL 32721

Dated: 5/3/2016

Susan Y. Soong
Clerk, United States District Court

By: _____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato

2

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF STEVEN MICHAEL MCCARTHY - #0,

    Plaintiffs,

v.

STEVEN MICHAEL MCCARTHY,

    Defendant.

Case No.  16-mc-80044-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

STEVEN MICHAEL MCCARTHY
P.O. Box 3524
DeLand, FL 32721

Dated: May 3, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____

3

LISA R. CLARK, Deputy Clerk to the<br>Honorable JAMES DONATO